# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1766

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Roy Lang, | * | Western District of Missouri. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted: July 23, 2002
Filed: July 29, 2002

_____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and RILEY, Circuit Judges.

_____

PER CURIAM.

Roy Lang pleaded guilty to conspiring to distribute and manufacture 50 or more grams of methamphetamine, in violation of 21 U.S.C. § 846. The district court[1] imposed the statutory minimum sentence of 120 months imprisonment and 5 years supervised release. On appeal, counsel has filed a brief and moved to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967). Lang has not filed a pro se supplemental brief.

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

Having thoroughly reviewed the record, we conclude that in the written plea agreement Lang knowingly and voluntarily waived his right to appeal his conviction and sentence. See United States v. Morrison, 171 F.3d 567, 568 (8th Cir. 1999).

Accordingly, we enforce the appeal waiver, dismiss this appeal, and grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.